# M A N D A T E

**THE STATE OF TEXAS**

**TO THE 216TH JUDICIAL DISTRICT COURT OF KENDALL COUNTY, GREETINGS:**

Before our Court of Appeals for the Fourth District of Texas on August 12, 2015, the cause upon appeal to revise or reverse your judgment between

Joel Price Morris, Appellant(s)

V.

The State of Texas, Appellee(s)

No. 04-14-00126-CR    and      Tr. Ct. No. 5226

was determined, and therein our Court of Appeals made its order in these words:

## In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

WHEREFORE, WE COMMAND YOU to observe the order of our said Court of Appeals for the Fourth District of Texas, in this behalf and in all things have the order duly recognized, obeyed, and executed.

Witness the Hon. Sandee Bryan Marion, Chief Justice of the Court of Appeals for the Fourth District of Texas, with the seal of the Court affixed and the City of San Antonio on October 19, 2015.

KEITH E. HOTTLE, CLERK

Cynthia A. Martinez
Deputy Clerk, Ext. 53853